UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRINCE JOHNSON, TERRY WINGATE, &
TODD MCCORD,

                Plaintiffs,

     -against-

CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-cv-3532 (CBA) (MDG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 26 2013 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

On July 26, 2013, the Honorable Marilyn D. Go issued a Report and Recommendation (R&R) recommending that this Court dismiss the instant action with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The parties were given until August 12, 2013 to file objections to the R&R. No objections have been filed to date. Reviewing the R&R for clear error, the Court hereby adopts Magistrate Go's R&R as the opinion of the Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

SO ORDERED.

Dated: November 26, 2013
       Brooklyn, N.Y.

                                            Carol Bagley Amon
                                            Chief United States District Judge